■ THE PEOPLE OF STATE OF NEW YORK, Respondent, v MICHAEL DI

Pasquale, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 17, 1977, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Lupiano, J. P., Fein, Lane, Lynch and Sandler, JJ.